IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>GASCOT TORRES, THEKIS XIOMARA<br>DEBTOR(S) | CASE NO. 12-02912 (ESL)<br><br>CHAPTER 7 |

**TRUSTEE'S MOTION REQUESTING EXTENSION
OF TIME TO OBJECT TO DEBTOR'S DISCHARGE**

TO THE HONORABLE COURT:

COMES NOW, Wigberto Lugo Mender, duly appointed trustee of the above captioned case, who respectfully prays this Honorable Court as follows:

1. The Meeting of Creditor's, pursuant to 11 U.S.C. Section 341, has been conducted in this case.

2. Upon this meeting, the trustee still is investigating the financial affairs of the above captioned estate. Debtor still should produce amendments to statement of intention. In addition, debtor still should produce information regarding a real property listed in this petition particularly picture of property. This information is necessary for the administration of this case.

3. The undersigned trustee deems necessary an extension of time of 45 days from the deadline to file a Complaint Objecting to the Discharge of the Debtor or to Determine Dischargeability of Certain Type of Debts to determine and have a position as to the entry of an order of discharge for this debtor.

WHEREFORE, the undersigned Trustee respectfully requests this Honorable Court to delay the entry of order of discharge for 45 days from the deadline to file a Complaint Objecting to the Discharge of the Debtor or to Determine Dischargeability of

2

Certain Type of Debts.

RESPECTFULLY SUBMITTED.

**I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system

**I HEREBY CERTIFY**: That on this same date a copy of this document has been mailed to the U.S. Trustee Office, to debtor and debtor's attorney, all at their address of record.

In Guaynabo, Puerto Rico, this 15 of April of 2013.

*s/ Wigberto Lugo Mender*
WIGBERTO LUGO MENDER
CHAPTER 7 TRUSTEE
Centro Internacional de Mercadeo
Carr 165, Torre 1, Suite 501
Guaynabo, PR 00968
Tel. 707-0404
Fax 707-0412
trustee@lugomender.com